IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LAWANDA CASIMERE-COOKS**,

**Plaintiffs,**

**v.**

**AT&T UMBRELLA BENEFIT PLAN
NO. 1 - AT&T SICKNESS AND ACCIDENT
DISABILITY BENEFIT PLAN FOR
OCCUPATIONAL EMPLOYEES a/k/a SBC
UMBRELLA PLAN NO. 1., et al.,**

**Defendants.**   No. 11-0402-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that Defendants have not filed the Federal Rule of Civil Procedure 7.1 disclosures. Thus, the Court **DIRECTS** Defendants to file the disclosures on or before June 27, 2011.

**IT IS SO ORDERED.**

Signed this 13th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.13 15:16:23 -05'00'

**Chief Judge
United States District Court**