IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LAWANDA CASIMERE-COOKS**,

**Plaintiff,**

**v.**

**AT&T UMBRELLA BENEFIT PLAN
NO. 1 - AT&T SICKNESS AND ACCIDENT
DISABILITY BENEFIT PLAN FOR
OCCUPATIONAL EMPLOYEES a/k/a SBC
UMBRELLA PLAN NO. 1., et al.,**

**Defendants.**  No. 11-0402-DRH

## ORDER

**HERNDON, Chief Judge:**

On August 26, 2011, the parties filed a stipulation of dismissal (Doc. 13). Pursuant to the stipulation of dismissal, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 30th day of August, 2011.

Digitally signed by David R. Herndon
Date: 2011.08.30 13:49:26 -05'00'

**Chief Judge
United States District Court**