IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LAWANDA CASIMERE-COOKS**,

**Plaintiff,**

**v.**

**AT&T UMBRELLA BENEFIT PLAN
NO. 1 - AT&T SICKNESS AND ACCIDENT
DISABILITY BENEFIT PLAN FOR
OCCUPATIONAL EMPLOYEES a/k/a SBC
UMBRELLA PLAN NO. 1., et al.,**

**Defendants.**    No. 11-CV--0402-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 30, 2011, this case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                             **NANCY J. ROSENSTENGEL,
                             CLERK OF COURT**


                             BY:     /s/*Sandy Pannier*
                                      Deputy Clerk

Dated: August 30, 2011

APPROVED:   *David R. Herndon*
            Digitally signed by David R. Herndon
            Date: 2011.08.30 14:14:14 -05'00'
            CHIEF JUDGE
            U. S. DISTRICT COURT